JS-6/Entered

**FILED**
**CLERK, U.S. DISTRICT COURT**
**JUN - 5 2014**
**CENTRAL DISTRICT OF CALIFORNIA**
**BY DV DEPUTY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY NOLAN McKINLEY, IV,  </br>            Petitioner,  </br>     v.  </br>McDONALD, Warden,  </br>            Respondent. | Case No. CV 11-9047 JVS (JCG)  </br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Amended Magistrate Judge's Report and Recommendation.

DATED: _____5.28.14_____

**ENTERED - SOUTHERN DIVISION**
**CLERK, U.S. DISTRICT COURT**
**JUN - 6 2014**
**CENTRAL DISTRICT OF CALIFORNIA**
**BY DEPUTY**

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE